UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LG CAPITAL FUNDING, LLC,

        Plaintiff,

- against -

SOLAR ENERGY INITIATIVES, INC.,

        Defendant.
------------------------------------------------------------x

ORDER

19-cv-907 (NG) (RML)

GERSHON, United States District Judge:

    By order dated July 18, 2019, the court referred to Magistrate Judge Robert M. Levy plaintiff LG Capital Funding, LLC's ("LG Capital") motion for default judgment against defendant Solar Energy Initiatives, Inc. On November 1, 2019, Judge Levy issued a Report and Recommendation ("R&R") recommending that plaintiff's motion be granted. No objections having been filed, the court has reviewed the R&R for plain error, and finds none. Judge Levy's well considered conclusions are adopted in their entirety.

    The Clerk of Court is directed to enter default judgment against defendant Solar Energy Initiatives, Inc. Plaintiff LG Capital is awarded (1) $111,500 in unpaid principal; (2) $3,709.59 in regular interest; (2) default interest at a combined rate of $69.44 per day from October 29, 2013 through entry of final judgment; (3) $3,319.50 in attorneys' fees; and (4) $705 in costs.

                                                      SO ORDERED.

                                                      S/Nina Gershon
                                                      NINA GERSHON
                                                      United States District Judge

January 22, 2020
Brooklyn, New York